UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  Sandra Nicole Reed

Case No.: 11–30948

Debtor

Chapter:   13

---

### NOTICE AND ORDER REGARDING MOTIONS TO LIFT STAY

The Attorney who signs a Motion to Lift Stay must personally appear in Court at all hearings relating to the motion unless an agreed order has been filed with the Clerk of Court at least two (2) business days prior to the scheduled hearing. The attorney who signs the motion may not send another attorney in lieu of appearing personally. Sanctions may be imposed for failure to personally appear.

It is so ORDERED.

Signed and Entered on Docket: 2/2/11

_____
JEFF BOHM
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0541-4            User: kguiadi            Page 1 of 1            Date Rcvd: Feb 02, 2011
Case: 11-30948                  Form ID: mlsoB           Total Noticed: 2

The following entities were noticed by first class mail on Feb 04, 2011.
db          +Sandra Nicole Reed,   22056 Knights Cove Drive,   Kingwood, TX 77339-7704
7325749    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:   INTERNAL REVENUE SERVICE (Chapter 13 Notice),   P O Box 21126,
             Philadelphia PA 19114-1294)

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2011**                    **Signature:** _Joseph Speetjens_